32 So.2d 187

**James TURNER v. STATE.**

6 Div. 418.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 183

**Surry Eugene Hargrove TURNER v. STATE.**

6 Div. 378.

Court of Appeals of Alabama.
April 29, 1947.

E. D. McDuffie, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

.29 So.2d 907

**Thomas TYE v. STATE.**

6 Div. 363.

Court of Appeals of Alabama.
Dec. 10, 1946.

Wm. N. McQueen, Atty. Gen., for the .State.

CARR, Judge.
Appeal dismissed, motion of appellant.

35 So.2d 926

**W. T. UNDERWOOD v. STATE.**

6 Div. 614.

Court of Appeals of Alabama.
April 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

35 So.2d 926

**Robert UTLEY v. STATE.**

6 Div. 536.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 907

**Gilbert VAUGHN v. STATE.**

8 Div. 542.

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.